IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00022-WJM-MEH

DOROTHY MAES,

    Plaintiff,

v.

LEPRINO FOODS COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 13, 2015.**

    The Joint Motion for Entry of Stipulated Protective Order [filed March 12, 2015; docket #22] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a specific mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89.

    In addition, the parties shall provide the Court with a copy of the proposed protective order in useable format (Word, Word Perfect) via email at hegarty_chambers@cod.uscourts.gov.