IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00022-WJM-MEH

DOROTHY MAES,

    Plaintiff,

v.

LEPRINO FOODS COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 20, 2015.**

    The Joint Motion for Entry of Revised Stipulated Protective Order [filed March 20, 2015; docket #25] is **denied without prejudice**, and the proposed Revised Stipulated Protective Order is refused. The parties are granted leave to submit a revised proposed protective order with the following modifications: (1) paragraph 8 (which is properly included in accordance with this Court's March 13, 2015 order) conflicts with paragraph 3 and must be corrected; and (2) change the judge's signature line from "William H. Hegarty" to "Michael E. Hegarty."

    In addition, the parties shall provide the Court with a copy of the proposed protective order in useable format (Word, Word Perfect) via email at hegarty_chambers@cod.uscourts.gov.