IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00022-WJM-MEH

DOROTHY MAES,

    Plaintiff,

v.

LEPRINO FOODS COMPANY,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 6, 2015.**

    The Joint Motion for Entry of Revised Stipulated Protective Order [filed April 3, 2015; docket #29] is **granted**. The proposed Stipulated Protective Order is accepted and issued contemporaneously with this minute order.