IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00022-WJM-MEH

DOROTHY MAES,

    Plaintiff,

v.

LEPRINO FOODS COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 17, 2015.**

    Defendant's Motion for Entry of Protective Order Pursuant to Fed. R. Evid. 502(b) [filed September 15, 2015; docket #35] is **denied without prejudice** for Defendant's failure to explain why the proposed protective order is necessary in this case given the provisions already set forth in Rule 502(b). In other words, the proposed order appears to provide no additional protection to the parties other than that already provided in the rules.