# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 15-cv-0022-WJM-MEH

DOROTHY MAES,

    Plaintiff,

v.

LEPRINO FOODS COMPANY, a Colorado corporation

    Defendant.

## VERDICT FORM

We the jury, on our oaths, present our answers to the following questions submitted by the Court, to which we have all agreed:

1. Has Plaintiff proven by a preponderance of the evidence her claim of being subjected to a hostile work environment based on her actual or perceived national origin?

    _____ Yes      \_\_\_X\_\_\_ No

*If your answer to Question 1 is "No", the foreperson should sign and date this Verdict Form and inform the Bailiff that you have reached a verdict. If your answer to Question 1 is "Yes", please proceed to Question 2.*

2. Has Plaintiff proven by a preponderance of the evidence her claim for constructive discharge?

    _____ Yes      _____ No

If your answer to Question 2 is "Yes", state the amount of back pay damages you determine have been caused by Defendant's conduct:

$_____

*Regardless of your answer to Question 2, please proceed to answer Questions 3 and 4.*

3. Please state the amount of compensatory damages, if any, you award to Plaintiff:

$_____

4. Should Plaintiff be awarded punitive damages as a result of Defendant's malice or reckless indifference to her federally protected rights?

_____ Yes   _____ No

*If your answer to Question 4 is "No", the foreperson should sign and date this Verdict Form and inform the Bailiff that you have reached a verdict. If your answer to Question 4 is "Yes", please proceed to Question 5.*

5. Please state the amount of punitive damages you award to Plaintiff:

$_____

*The Foreperson should sign and date this Verdict Form, and notify the Bailiff that you have reached a verdict.*

4-6-2017
Date